**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 99-31210

_____


ESSIE TONG,

Plaintiff - Appellant,

versus

WAL-MART STORES, INC,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
District Court number 97-CV-1703

_____

August 15, 2000

Before JOLLY, HIGGINBOTHAM, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    AFFIRMED.  See 5TH CIR. R. 47.6.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.